INITIAL PRETRIAL CONFERENCE

MAGISTRATE JUDGE THOMAS RAWLES JONES, JR.

CA- 11CV959

DATE: 10/19/11

TIME: 11:15 TO 11:30

APPEARANCES COUNSEL FOR:

(X) PLAINTIFF  (X) DEFENDANT  ( ) PRO SE PLAINTIFF  ( ) PRO SE DEFENDANT

DISCOVERY PLAN:

(X) APPROVED  ( ) APPROVED AS AMENDED  ( ) FILE BY _____

CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE:

( ) YES

( ) CONSENT SIGNED

ADR/SETTLEMENT:

( ) PENDING  ( ) WILL DISCUSS  ( ) OTHER

(X) ORDER TO ISSUE

A's proposal - on expert discovery (as per local rule) parties can seek relief as needed.

CASE CONTINUED TO _____ FOR 16(B) CONFERENCE