IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| JOHN DeGROOTE SERVICES, LLC, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )  Case No.:  1:11cv959 |
| | ) |
| F. EDWIN HARBACH, ALBERT L. LORD, RODERICK C. McGEARY, J. TERRY STRANGE, DOUGLAS C. ALLRED, BETSY J. BERNARD, SPENCER C. FLEISCHER, JILL KANIN-LOVERS, And EDWARD MUNSON, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SUBPOENAS DUCES TECUM

PLEASE TAKE NOTICE that Plaintiffs John DeGroote Services, LLC and John DeGroote, by counsel, pursuant to Rule 45 the Federal Rules of Civil Procedure, will serve the attached subpoenas duces tecum on the following non-parties:

- Silver Lake Management Company III, LLC
- Cerberus Capital Management, L.P.
- Morgan Stanley & Co., Inc.

Respectfully submitted,

/s/ Andrew J. Terrell
Andrew J. Terrell, Esq. (VSB No. 30093)
WHITEFORD, TAYLOR & PRESTON L.L.P.
3190 Fairview Park Drive, Suite 300
Falls Church, Virginia 22042
Telephone: (703) 280-9260
Facsimile: (703) 280-9139
aterrell@wtplaw.com

-and-

Kevin G. Hroblak, Esq. (pro hac vice)
William F. Ryan, Jr., Esq. (pro hac vice)
WHITEFORD, TAYLOR & PRESTON L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202
Telephone: (410) 347-8405
Facsimile: (410) 223-4305

-and-

Lewis T. LeClair, Esq. (pro hac vice)
Robert M. Manley, Esq. (pro hac vice)
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of October 2011, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

William B. Porter
Laurie L. Proctor
BLANKINGSHIP & KEITH, P.C.
4020 University Drive, Suite 300
Fairfax, Virginia 22030

*Counsel for Defendant F. Edwin Harbach*

and

Dion W. Hayes
MCGUIREWOODS LLP
901 E. Cary Street
Richmond, Virginia 23219-4030

Sean F. Murphy
Warren E. Zirkle
MCGUIREWOODS LLP
1750 Tysons Boulevard, Suite 1800
Tysons Corner, Virginia 22102-4215

*Counsel for Defendants Albert L. Lord, Betsy J. Bernard, Douglas C. Allred, Edward Munson, J. Terry Strange, Jill Kanin-Lovers, Roderick C. McGeary, Spencer C. Fleischer*

And hereby certify that it was sent via first class mail, postage, prepaid, this 24th day of October, 2011 to:

>Robert A. Van Kirk
>George A. Borden
>Lauren K. Collogan
>WILLIAMS & CONNOLLY LLP
>725 Twelfth Street, N.W.
>Washington, DC 20005
>
>Paul C. Curnin
>William T. Russell, Jr.
>Paul C. Gluckow
>Craig S. Waldman
>SIMPSON THACHER & BARTLETT LLP
>425 Lexington Avenue
>New York, New York 10017-3954

*Counsel for Defendants Albert L. Lord, Betsy J. Bernard, Douglas C. Allred, Edward Munson, J. Terry Strange, Jill Kanin-Lovers, Roderick C. McGeary, Spencer C. Fleischer*

/s/ Andrew J. Terrell
Andrew J. Terrell

*42240*