IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| JOHN DeGROOTE SERVICES, LLC and JOHN DeGROOTE, as liquidating trustee for and on behalf of the BEARINGPOINT, INC. LIQUIDATING TRUST<br><br>Plaintiffs,<br><br>v.<br><br>F. EDWIN HARBACH, *et al.*,<br><br>Defendants. | NO. 1:11-CV-959 |

**ORDER**

THIS MATTER is before the Court on Plaintiffs' Motion for Abstention and Remand (Dkt. No. 7) and Defendants' Motion to Dismiss on the Ground of *Forum Non Conveniens* or, in the Alternative, for Transfer under 28 U.S.C § 1412 (Dkt. No. 2). For the reasons stated in open Court on October 28, 2011, it is hereby

ORDERED that Plaintiff's Motion for Abstention and Remand is GRANTED. It is further

ORDERED that Defendant's Motion to Dismiss on the Ground of *Forum Non Conveniens* or, in the Alternative, for Transfer is DENIED.

The Clerk is directed to forward a copy of this Order to counsel of record.

ENTERED this  2nd  day of November, 2011.

Alexandria, Virginia
11 / 2 / 2011

/s/
Gerald Bruce Lee
United States District Judge